STATE v. BLACKWELDER

No. 148 PC.

Case below: 22 N.C. App. 18.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

STATE v. BRAKE

No. 35 PC.

Case below: 22 N.C. App. 342.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. BRINKLEY

No. 16 PC.

Case below: 22 N.C. App. 339.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. BYRD

No. 1 PC.

Case below: 22 N.C. App. 320.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. CAMP

No. 8 PC.

Case below: 22 N.C. App. 109.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.